| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN | | |
| Case number *(if known)* | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Duel Sports Bar, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-4022781** | |
| 4. | **Debtor's address** | **Principal place of business** **1114 Main St.** **Green Bay, WI 54301** Number, Street, City, State & ZIP Code  **Brown** County | **Mailing address, if different from principal place of business** **3001 Ramada Way Ste. A** **Green Bay, WI 54304** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

| Debtor | **Duel Sports Bar, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor **Duel Sports Bar, LLC**
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Duel Sports Bar, LLC** Case number (*if known*)
Name

- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Duel Sports Bar, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 13, 2022**
MM / DD / YYYY

X **/s/ Michael Cain**                                    **Michael Cain**
Signature of authorized representative of debtor              Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ John A. Foscato**                                 Date **January 13, 2022**
Signature of attorney for debtor                              MM / DD / YYYY

**John A. Foscato 1018196**
Printed name

**Law Offices of John A. Foscato, SC**
Firm name

**110 Packerland Dr. Ste. D**
**Green Bay, WI 54303**
Number, Street, City, State & ZIP Code

Contact phone  **920-432-8801**     Email address  **attyjaf@new.rr.com**

**1018196 WI**
Bar number and State

---

Official Form 201   Case 22-20107-kmp   Doc 1   Filed 01/13/22   Page 5 of 9   page 5
Voluntary Petition for Non-Individuals Filing for Bankruptcy

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:

Duel Sports Bar, LLC,

    Debtor(s).

Chapter 11

Case No. _____

## DECLARATION UNDER RULE 1116(1)(B)

NOW COMES Michael Cain, who makes the following statement under penalty of perjury:

1. That I am the managing member of Duel Sports Bar, LLC, the Debtor in this case.

2. That Duel Sports Bar, LLC has only been in operation a little more than one year.

3. No balance sheet, statement of operations, or cash-flow statement has been prepared at this time;

4. The 2020 federal income tax returns are not completed. Once the returns are complete I will supplement the docket with a copy of the tax return.

5. I make this declaration based on my knowledge, under penalty of perjury, as required by 11 U.S.C. § 1116(1)(B).

Dated this 13th day of January, 2022

/s/ Michael Cain
Michael Cain

Fill in this information to identify the case:
Debtor name: **Duel Sports Bar, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**
Case number (if known): 

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Badger Wholesale**<br>**1111 Cedar St.**<br>**Green Bay, WI 54301** | | **Liquor vendor** | | | | **$6,500.00** |
| **Greater Source LLC**<br>**13500 Watertown Plank Rd. Ste. 205**<br>**Elm Grove, WI 53122** | | **21 SC 626, Landlord for leasehold** | **Unliquidated Disputed Subject to Setoff** | | | **$24,510.00** |
| **John Jones**<br>**340 N Wisconsin St**<br>**De Pere, WI 54115** | | **Accounting services** | | | | **$2,500.00** |
| **Johns Refrigeration**<br>**838 Borvan St.**<br>**Green Bay, WI 54304** | | **Reoair services rendered** | | | | **$2,000.00** |
| **Refrigeration Services of Green Bay LLC**<br>**750 Parkview Road**<br>**Green Bay, WI 54304** | | **21 SC 638, judgment** | | | | **$3,360.21** |
| **Toast Capital, LLC/WebBank**<br>**401 Park Drive Suite 801**<br>**Boston, MA 02215** | | **POS System, unperfected GBSA** | | | | **$27,400.00** |
| **Wisconsin Public Service**<br>**PO Box 19003**<br>**Green Bay, WI 54307-9003** | | **Utilities** | | | | **$8,875.00** |

```
Atty. Troy Schneider
102 N Madison St
Chilton, WI 53014

Badger Wholesale
1111 Cedar St.
Green Bay, WI 54301

Greater Source LLC
13500 Watertown Plank Rd. Ste. 205
Elm Grove, WI 53122

Hager, Dewick & Zuengler S.C.
200 S. Washington St. Ste. 200
Green Bay, WI 54301

John Jones
340 N Wisconsin St
De Pere, WI 54115

Johns Refrigeration
838 Borvan St.
Green Bay, WI 54304

Refrigeration Services of Green Bay LLC
750 Parkview Road
Green Bay, WI 54304

Toast Capital, LLC/WebBank
401 Park Drive
Suite 801
Boston, MA 02215

WebBank
215 S. State St. Ste. 1000
Salt Lake City, UT 84111

Wisconsin Public Service
PO Box 19003
Green Bay, WI 54307-9003
```

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: **Duel Sports Bar, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Duel Sports Bar, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 13, 2022**
Date

/s/ John A. Foscato
**John A. Foscato 1018196**
Signature of Attorney or Litigant
Counsel for **Duel Sports Bar, LLC**
Law Offices of John A. Foscato, SC
110 Packerland Dr. Ste. D
Green Bay, WI 54303
920-432-8801 Fax:920-432-8859
attyjaf@new.rr.com

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy